# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Haynes, Catharina D. | 2. Court or Organization  Fifth Circuit | 3. Date of Report  05/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008  to  12/31/2008 |
| 7. Chambers or Office Address  1100 Commerce Street  Rm. 1452  Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Vickery Meadow Learning Center |
| 2. Partner | Baker Botts LLP (resigned 4/18/08, prior to assuming judicial office) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007-08 | Baker Botts 401k Plan (rolled over June 2008; due to market fluctuations, a nominal amount remained) |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 10: 45 FINANCIAL DISCLOSURE OFFICE

Haynes_Catharina_D

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Baker Botts LLP law firm partnership income (resigned 4/18/08) | $136,794.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Thompson & Knight law partnership income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Baker Botts (my former law firm) | Payment for investiture reception | $4,000.00 |
| 2. Thompson & Knight (my former law fir m/█████current firm) | Payment for investiture reception | $4,000.00 |
| 3. Dallas Bar Association | Payment for investiture reception and staging | $2,500.00 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |



A.

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 3/26 | J | | |
| 19. | | | | | Buy (add'l) | 6/30 | J | | |
| 20. | | | | | Buy (add'l) | 8/11 | J | | |
| 21. | | | | | Buy (add'l) | 10/27 | J | | |
| 22. | | | | | Buy (add'l) | 11/24 | J | | |
| 23. | | | | | Buy (add'l) | 12/15 | J | | |
| 24. TRP Tax Free Short Intermediate | A | Dividend | K | T | | | | | |
| 25. British Petroleum (BP) | A | Dividend | J | T | | | | | |
| 26. IBM | A | Dividend | K | T | | | | | |
| 27. Motorola (MOT) | A | Dividend | J | T | | | | | |
| 28. Pfizer (PFE) | A | Dividend | J | T | | | | | |
| 29. Franklin Mutual Shares Class Z | D | Dividend | N | T | Buy | 1/24 | J | | |
| 30. | | | | | Buy (add'l) | 3/24 | J | | |
| 31. | | | | | Buy (add'l) | 6/26 | J | | |
| 32. | | | | | Buy (add'l) | 7/18 | J | | |
| 33. | | | | | Buy (add'l) | 8/7 | J | | |
| 34. | | | | | Buy (add'l) | 10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Fund | B | Dividend | M | T | Buy | 1/25 | J | | |
| 36. | | | | | Buy (add'l) | 3/25 | J | | |
| 37. TRP Capital Appreciation (X) | A | Dividend | J | T | | | | | |
| 38. TRP Equity Income | B | Dividend | L | T | Buy | 5/1 | L | | |
| 39. Vanguard REIT Fund | D | Dividend | L | T | Buy | 1/25 | J | | |
| 40. | | | | | Buy (add'l) | 6/2 | J | | |
| 41. Vanguard 500 Index Fund | C | Dividend | M | T | Buy | 1/25 | J | | |
| 42. | | | | | Buy (add'l) | 3/25 | J | | |
| 43. | | | | | Buy (add'l) | 6/2 | J | | |
| 44. | | | | | Buy (add'l) | 6/27 | J | | |
| 45. | | | | | Buy (add'l) | 10/13 | K | | |
| 46. | | | | | Buy (add'l) | 11/24 | K | | |
| 47. Vanguard TM Small Cap | B | Dividend | L | T | Buy | 1/25 | J | | |
| 48. | | | | | Buy (add'l) | 3/25 | J | | |
| 49. | | | | | Buy (add'l) | 6/2 | J | | |
| 50. US EE Savings Bond | C | Dividend | L | T | | | | | |
| 51. TRP Retirement 2020 (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRP Retirement 2030 (IRA) | D | Dividend | M | T | Transferred (from line 55) | 6/12 | N | | |
| 53. Baker Botts Partnership Equity | A | Interest | | | Sold | 4/18 | K | | Baker Botts |
| 54. Thompson Knight Partnership Equity | | None | L | U | | | | | |
| 55. Baker Botts 401k Plan (AIM Liquid, Fidelity Mag., Fid. Grow) | A | Dividend | J | T | Transferred (to line 52) | 6/12 | N | | Rollover to TRP2030 |
| 56. TX Emp. Ret. Plan (Fid US Bond, Vanguard Inst. Van. Growth) | A | Dividend | M | T | | | | | |
| 57. Thompson Knight 401K (Vanguard Well. Van. Inst., Stable Val. | D | Dividend | O | T | | | | | |
| 58. State of Tx. Judicial Retirement Equity | C | Interest | L | T | | | | | |
| 59. Baker Botts Drawing Acct. | B | Interest | | | Closed | 4/23 | M | | Baker Botts |
| 60. Texas County & District Retirement System | A | Interest | J | T | | | | | |
| 61. TRP Small Cap. Value (X) | A | Dividend | J | T | | | | | |
| 62. TRP Financial Services (IRA)(X) | A | Dividend | J | T | | | | | |
| 63. TRP Global Stock (IRA)(X) | A | Dividend | K | T | | | | | |
| 64. TRP Media Telecommunications (IRA)(X) | A | Dividend | J | T | | | | | |
| 65. TRP New Era (IRA)(X) | A | Dividend | J | T | | | | | |
| 66. TRP Spectrum Growth (IRA)(X) | B | Dividend | J | T | | | | | |
| 67. TRP Spectrum Income (IRA)(X) | B | Dividend | K | T | | | | | |
| 68. TRP Summit Cash (IRA)(X) | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. US i Savings Bonds(X) | A | Interest | J | T | | | | | |
| 70. Chase Bank Account | | None | K | T | | | | | |
| 71. Chase Bonds IRA (X) | A | Interest | K | T | | | | | |
| 72. PEBCX (IRA)(X) | A | Dividend | J | T | | | | | \ |
| 73. PCRCX (IRA)(X) | C | Dividend | K | T | | | | | |
| 74. PCRAX (IRA)(X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. I assumed office as a circuit judge on April 22, 2008. Before that, I had not been a U.S. government employee of any kind.

I., II., III., V., and VII.: I recuse from cases in which Baker Botts or Thompson Knight is either a party or represents a party.

V. Other bar associations also contributed to the investiture reception, but the amounts fell below the amount to be reported. Members of these groups, together with members the listed groups/firms, comprised the majority of attendees at the reception and thus these are not gifts received and retained by me personally.

VII. During 2008, ████████ inherited various investment accounts, listed as items 37, 61-69 and 71-74 of Schedule VII, from ████████ who passed away in March of 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544